Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys Appearing Specially for
Defendant SCOULAR COMPANY

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS' RICE COOPERATIVE, a corporation; GREAT AMERICAN INSURANCE COMPANY, a corporation<br><br>Plaintiffs,<br><br>vs.<br><br>SCOULAR COMPANY d.b.a. TSC CONTAINER FREIGHT, a corporation;<br><br>Defendant. | CASE NO.: CV 09-4177<br><br>STIPULATION TO RESPOND TO COMPLAINT |

Pursuant to Civil L.R. 5, Plaintiffs FARMERS' RICE COOPERATIVE and GREAT AMERICAN INSURANCE COMPANY stipulate that Defendant SCOULAR COMPANY may have a further extension of time to and including November 2, 2009 within which to respond to plaintiffs' complaint.

///

- 1 -
STIPULATION TO RESPOND TO COMPLAINT

Dated: October 16, 2009

GIBSON ROBB & LINDH LLP

By: _____
Joshua A. Southwick
Attorneys for Plaintiffs
FARMERS' RICE COOPERATIVE
and
GREAT AMERICAN INSURANCE COMPANY

Dated: October 16, 2009

FLYNN, DELICH & WISE LLP

By: _____
Conte C. Cicala
Attorneys Appearing Specially for Defendant THE SCOULAR COMPANY



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(left margin) FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626