Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys Appearing Specially for
Defendant SCOULAR COMPANY

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS' RICE COOPERATIVE, a corporation; GREAT AMERICAN INSURANCE COMPANY, a corporation<br><br>Plaintiffs,<br><br>vs.<br><br>SCOULAR COMPANY d.b.a. TSC CONTAINER FREIGHT, a corporation;<br><br>Defendant. | CASE NO.: CV 09-4177<br><br>STIPULATION TO RESPOND TO COMPLAINT |

Pursuant to Civil L.R. 5, Plaintiffs FARMERS' RICE COOPERATIVE and GREAT AMERICAN INSURANCE COMPANY stipulate that Defendant SCOULAR COMPANY may have a further extension of time to and including November 16, 2009 within which to respond to plaintiffs' complaint.

- 1 -
STIPULATION TO RESPOND TO COMPLAINT

This further extension is intended to allow plaintiffs to determine if they have additional claims against THE SCOULAR COMPANY which are appropriate to be asserted in this action, in the interests of judicial economy and economy to the parties. If such is determined, plaintiff anticipates filing an amended Complaint.

Dated: October 29, 2009         GIBSON ROBB & LINDH LLP

/s/

Conte C. Cicala for Josh Southwick
(pursuant to email authorization)
By:_____
Joshua A. Southwick
Attorneys for Plaintiffs
FARMERS' RICE COOPERATIVE
and
GREAT AMERICAN INSURANCE COMPANY

Dated: October 29, 2009         FLYNN, DELICH & WISE LLP

/s/
Conte C. Cicala

By:_____
Conte C. Cicala
Attorneys Appearing Specially for
Defendant THE
SCOULAR COMPANY

IT IS SO ORDERED
[signature]
U.S. DISTRICT JUDGE

- 2 -
STIPULATION TO RESPOND TO COMPLAINT