1  STANLEY L. GIBSON (047882)
   JOSHUA A. SOUTHWICK (246296)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001
   Email: sgibson@gibsonrobb.com
5  Email: jsouthwick@gibsonrobb.com

6  Attorneys for Plaintiffs
   FARMERS' RICE COOPERATIVE and
7  GREAT AMERICAN INSURANCE COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13 FARMERS' RICE COOPERATIVE, a       )
   corporation; GREAT AMERICAN        )  Case No. CV 09-4177
   INSURANCE COMPANY, a corporation;  )
14                                    )  **JOINT STIPULATION DISMISSING**
                  Plaintiff,          )  **ENTIRE CASE WITH PREJUDICE;**
15                                    )  **[PROPOSED] ORDER THEREON**
          v.                          )
16                                    )
   SCOULAR COMPANY d.b.a. TSC         )
17 CONTAINER FREIGHT, a corporation;  )
                                      )
18                Defendant.          )
                                      )
19 _____    )

20       This matter having settled, Plaintiffs FARMER'S RICE COOPERATIVE and GREAT

21 AMERICAN INSURANCE COMPANY (collectively "FARMERS RICE") and defendant

22 SCOULAR COMPANY d.b.a. TSC CONTAINER FREIGHT hereby jointly STIPULATE and

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  request that this matter be dismissed in its entirety with prejudice, each party to bear its own
2  costs and fees. Pursuant to Local Rule 7-12, a proposed form of order is endorsed hereon.

4  Dated: February 2, 2011                    GIBSON ROBB & LINDH LLP

6                                             By: S/ JOSHUA A. SOUTHWICK
                                                  Joshua A. Southwick
7                                                 Attorneys for Plaintiffs
                                                  FARMERS' RICE COOPERATIVE
8                                                 and GREAT AMERICAN INSURANCE
                                                  COMPANY

10 Dated: February 2, 2011                    FLYNN, DELICH & WISE LLP

12                                            By: S/ CONTE C. CICALA
                                                  Conte C. Cicala
13                                                Attorneys Appearing Specially for
                                                  Defendant SCOULAR COMPANY

16 PURSUANT TO STIPULATION, IT IS SO ORDERED

19 Dated February  3 , 2011
                                              United States District Judge Samuel Conti

                                              IT IS SO ORDERED
                                              Judge Samuel Conti